UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

    Plaintiff,

v.                                                          CASE NO.: 1:23-cv-23189-KMW

MORRISON & FOERSTER LLP,

    Defendant.

_____/

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Tiffany H. Bates of the law firm of Consovoy McCarthy PLLC, 1600 Wilson Blvd., Ste. 700, Arlington, VA 22209; (703) 243-9423, for purposes of appearance as co-counsel on behalf of American Alliance for Equal Rights in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Tiffany H. Bates to receive electronic filings in this case, and in support thereof states as follows:

      1.      Tiffany H. Bates is not admitted to practice in the Southern District of Florida and is a member in good standing of the Virginia Bar and the U.S. District Court for the Western District of Michigan.

      2.      Movant, Michael A. Sasso, Esquire, of the law firm of Sasso & Sasso, P.A., 1031 W. Morse Blvd., Ste. 120, Winter Park, FL 32789, (407) 644-7161, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served

1

electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Tiffany H. Bates has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Tiffany H. Bates, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Tiffany H. Bates at email address: tiffany@consovoymccarthy.com.

WHEREFORE, Michael A. Sasso, Esquire, moves this Court to enter an Order allowing Tiffany H. Bates to appear before this Court on behalf of American Alliance for Equal Rights, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Tiffany H. Bates.

Date: August 23, 2023.   Respectfully submitted,

/s/ Michael A. Sasso
Michael A. Sasso
FL Bar No. 93814
Christian Bonta
FL Bar No. 1010347
SASSO & SASSO, P.A.
1031 West Morse Blvd, Ste. 120
Winter Park, FL 32789
(407) 644-7161
masasso@sasso-law.com
cbonta@sasso-law.com

*Attorneys for American Alliance for Equal Rights*