# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

    Plaintiff,

v.   CASE NO.: 1:23-cv-23189-KMW

MORRISON & FOERSTER LLP,

    Defendant.

_____/

## CERTIFICATION OF TIFFANY H. BATES

    Tiffany H. Bates, Esquire, pursuant to Rule 4(b)(1) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the Virginia Bar and the U.S. District Court for the Western District of Michigan; and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

                                            /s/ Tiffany H. Bates
                                               Tiffany H. Bates