# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

AMERICAN ALLIANCE FOR EQUAL RIGHTS,

     Plaintiff,

v.                                    CASE NO.: 1:23-cv-23189-KMW

MORRISON & FOERSTER LLP,

     Defendant.

                                     /

## NOTICE OF STRIKING

Plaintiff, AMERICAN ALLIANCE FOR EQUAL RIGHTS, by and through undersigned counsel, pursuant to the Clerk's Notice to Filer, dated August 23, 2023 (Doc. 9), hereby strikes the following documents from the docket and will submit corrected documents in compliance with Section 3J(1) of the CM/ECF Administrative Procedures and Local Rule 5.1(b):

1. Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request To Electronically Receive Notices Of Electronic Filing as to Cameron T. Norris (Doc. 5).

2. Certification of Cameron T. Norris (Doc. 5-1).

3. Proposed Order granting Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request To Electronically Receive Notices Of Electronic Filing as to Cameron T. Norris (Doc. 5-2).

4. Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request To Electronically Receive Notices Of Electronic Filing as to Tiffany H. Bates (Doc. 6).

5. Certification of Tiffany H. Bates (Doc. 6-1).

6. Proposed Order granting Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request To Electronically Receive Notices Of Electronic Filing as to Tiffany H. Bates (Doc.

6-2).

7. Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request To Electronically Receive Notices Of Electronic Filing as to Adam K. Mortara (Doc. 7).

8. Certification of Adam K. Mortara (Doc. 7-1).

9. Proposed Order granting Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request To Electronically Receive Notices Of Electronic Filing as to Adam K. Mortara (Doc. 7-2).

Date: August 23, 2023.                    Respectfully submitted,

<u>**/s/ Christian Bonta**</u>
Christian Bonta (FL Bar No. 1010347)
cbonta@sasso-law.com
Michael A. Sasso (FL Bar No. 93814)
masasso@sasso-law.com
SASSO & SASSO, P.A.
1031 West Morse Blvd, Ste. 120
Winter Park, FL 32789
(407) 644-7161

*Attorneys for Plaintiff, American Alliance for Equal Rights*

2