# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. MORRISON & FOERSTER LLP, *Defendant*. | Case No. 1:23-cv-23189-KMW |

# EXPEDITED MOTION FOR PRELIMINARY INJUNCTION
# (RULING REQUESTED BY OCTOBER 31, 2023)

Plaintiff, the American Alliance for Equal Rights, moves for a preliminary injunction against Defendant, Morrison & Foerster LLP. *See* Fed. R. Civ. P. 65. For more than a decade, Morrison has operated the Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion, which excludes certain applicants based on race. Plaintiff has members who are ready and able to apply for the fellowship in 2024, but cannot because they are the wrong race. Section 1981 prohibits Defendant's racial discrimination. 42 U.S.C. § 1981; *see Domino's Pizza, Inc. v. McDonald*, 546 U.S. 470, 474 (2006). This Court should hold that Morrison's fellowship likely violates §1981 and enjoin Morrison from opening the application process, selecting fellows, or otherwise operating the fellowship as currently structured pending further order of the Court.

Time is of the essence. Morrison has announced its application process for 2024 "will open in November of 2023." To prevent irreparable harm and provide enough time for appellate review, the Alliance respectfully asks this Court to resolve this motion **by October 31, 2023.**

I could not confer with opposing counsel because, when this time-sensitive motion was filed, no counsel had entered an appearance or contacted the Alliance. The Local Rules also exempt this "motion for injunctive relief" from the conference requirement. LR 7.1(a)(3).

1

Dated: August 29, 2023

Cameron T. Norris*
  (TN Bar. No. 33467)
Tiffany H. Bates*
  (VA Bar No. 94166)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
tiffany@consovoymccarthy.com

Adam K. Mortara*
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice

Respectfully submitted,

/s/ *Michael A. Sasso*
Michael A. Sasso
  (FL Bar No. 93814)
Christian Bonta
  (FL Bar No. 1010347)
Sasso & Sasso, P.A.
1031 West Morse Blvd, Ste. 120
Winter Park, FL 32789
(407) 644-7161
masasso@sasso-law.com
cbonta@sasso-law.com

## CERTIFICATE OF SERVICE

On August 29, 2023, I e-filed this motion and attachments with the Court and emailed it to Defendant's general counsel. I will also send this motion and attachments, via certified mail, to Defendant along with the other case-opening documents.

/s/ *Michael A. Sasso*