# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

AMERICAN ALLIANCE FOR
EQUAL RIGHTS,

*Plaintiff,*

v.

MORRISON & FOERSTER LLP,

*Defendant.*

Case No. 1:23-cv-23189-KMW

# DECLARATION OF CAMERON T. NORRIS

I, Cameron T. Norris, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am a partner at Consovoy McCarthy PLLC representing the American Alliance for Equal Rights in this case.

3.      The Alliance seeks a preliminary injunction against Morrison & Foerster LLP regarding its 1L Wetmore Fellowship. The Alliance offers several exhibits to support that motion.

4.      Exhibit A is a true and correct copy of a website entitled "Inclusive Recruitment" as it appeared on August 18, 2023. That website can be accessed at perma.cc/6HU4-ZWJK.

5.      Exhibit B is a true and correct copy of a job advertisement entitled "2023 Wetmore 1L Fellowship (Miami)" as it appeared on August 25, 2023.

6.      Exhibit C is a true and correct copy of a website entitled "2024 2L Summer Associate Positions" as it appeared on August 18, 2023. That website can be accessed at perma.cc/9S9S-HZ4D.

7.      Exhibit D is a true and correct copy of an advertisement entitled "Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion" as it appeared on August 18, 2023.

8.      Exhibit E is a true and correct copy of an advertisement entitled "Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion 2020 Wetmore Fellowship" as it appeared on August 18, 2023.

9.      Exhibit F is a true and correct copy of a website entitled "MoFo's 2022 Summer Associate Program is One to Remember" as it appeared on August 25, 2023. That website can be accessed at perma.cc/GFU7-4NCT.

10.      Exhibit G is a true and correct copy of the declaration of Edward Blum.

11.      Exhibit H is a true and correct copy of the declaration of Member A.

12.      Exhibit I is a true and correct copy of the declaration of Member B.

13.      Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2023

_/s/ Cameron T. Norris_
Counsel for Plaintiff

# Exhibit A

MENU

# Inclusive Recruitment

Overview

Allyship is Action

Diversity in Practice Podcast Series

## Inclusive Recruitment ›

Growing Tomorrow's Leaders

Spotlight on Diversity

Affinity Groups

By using this site, you agree with our use of cookies.

I consent to cookies     Want to know more?     Privacy Policy     Cookie Policy

# Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion

Now it its tenth year, the Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion program recognizes and supports the career advancement of highly motivated first-year law students who are members of historically underrepresented groups in the legal industry. The fellowship is named after chair emeritus Keith Wetmore, in honor of his dedication and commitment to diversity and inclusion, both within the firm and in the legal profession.

The program provides outstanding law students who have demonstrated academic excellence, leadership, and community involvement with the opportunity to see, experience, and benefit from working with talented colleagues.

As part of the summer associate program's regional training, the Fellows also attend Unconscious Bias training, and a Spotlight on D+I program, giving them the opportunity to engage in an activity and discussion around the firm's D+I programs and initiatives. Along with summer associate positions, the incoming Fellows receive ongoing mentoring and a stipend. Fellows also meet regularly with the D+I team throughout the summer.

Each year, Fellows are selected from a competitive pool of applicants and are invited to join the firm as summer associates. The fellowship program provides training and mentorship opportunities critical to professional development. Upon successful completion of the fellowship, Fellows have the option to return as second-year summer associates.

To date, we have awarded 136 fellowships.

Additional information about the program and other 1L opportunities can be found on our **careers website**.

By using this site, you agree with our use of cookies.

Privacy Policy   Cookie Policy

# Exhibit B

☰                                                                    👤 **Email Sign In**

# 2023 Wetmore 1L Fellowship (Miami)

📍 Miami, Florida

💼 1L Summer Associate

👥 Summer Associate

🕐 Close Date: January 31, 2023 at 11:59 PM EST

**The Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion**
Position: Wetmore 1L Fellowship
Office: Miami

Morrison Foerster will be awarding Wetmore 1L Fellowships in our Austin, Boston, Los Angeles, Miami, New York, Palo Alto, San Diego, San Francisco, and Washington, D.C., offices to highly motivated first-year law students who are members of an underrepresented group in the legal industry. **Students should apply to one location only**.

Recipients of the Wetmore 1L Fellowship will receive:

- A paid summer associate position in a U.S. office following your first year of law school;
- A team of attorney mentors during the 1L summer internship, including a diversity mentor;
- An offer to return as a second-year summer associate and to be considered for a full-time associate position after law school graduation, assuming satisfactory performance during the 1L summer internship; and
- A fellowship award in the amount of $50,000.*

**Ideal Candidate**

- A fellowship award in the amount of $50,000.*

**Ideal Candidate**
- Currently enrolled and in good standing in a full-time J.D. program at an ABA-accredited law school.
- Excellent academic performance throughout all degree programs.
- U.S. citizen or otherwise authorized to work in the United States.
- Member of a diverse population that has historically been underrepresented in the legal profession, specifically African American/Black, Latinx, Native Americans/Native Alaskans, and/or members of the LGBTQ+ community.
- Demonstrated leadership qualities and community involvement.

**Compensation**
Summer associate compensation is set to align with first-year associate salaries at $215,000 for the class of 2022. This may be modified in the future. Health/welfare benefits and paid holidays may also be included.

**Who We Are**
MoFo has a long-standing commitment to our culture, pro bono work, and diversity and inclusion. We encourage you to learn more about who we are and what we do through MoFo To-Go. There you will find digital resources, including our interactive Summer Program brochure, the MoFo+ blog, our YouTube channel with a wide range of topic-based playlists, and much more.

**Application Process**
Applications will be accepted through January 31, 2023. First-round interviews will be conducted on a rolling basis in accordance with school recruiting guidelines.

All applicants must submit the following documents in .pdf form:
- Résumé

☰                                                                                                        👤 **Email Sign In**

**Who We Are**

MoFo has a long-standing commitment to our culture, pro bono work, and diversity and inclusion. We encourage you to learn more about who we are and what we do through MoFo To-Go. There you will find digital resources, including our interactive Summer Program brochure, the MoFo+ blog, our YouTube channel with a wide range of topic-based playlists, and much more.

**Application Process**

Applications will be accepted through January 31, 2023. First-round interviews will be conducted on a rolling basis in accordance with school recruiting guidelines.

All applicants must submit the following documents in .pdf form:

- Résumé
- Transcripts for all degrees (both completed and in progress)
- Personal statement of 500 words or less explaining:

1.    *Your background and what led you to pursue a law degree*
2.    *Your community involvement and activities that demonstrate your commitment to diversity and inclusion*
3.    *Your interest in MoFo and what you hope to contribute to our firm*

For more information, see our Wetmore 1L Fellowship FAQs and/or contact Ariana Chini, Attorney Diversity + Inclusion Specialist, at AChini@mofo.com.

\**To earn the $50,000 fellowship award, summer associates must spend their full 1L summer and at least five weeks of their 2L summer with the firm and receive and accept an offer of full-time employment to join the firm following law school graduation. Summer associates who receive and accept an offer to spend their full 2L summer with the firm are eligible to receive half of the fellowship award in the fall of their 2L year.*

# Exhibit C

# MORRISON FOERSTER

New Search
Login Page

## 2024 2L Summer Associate Positions

### Morrison Foerster is currently accepting applications for the 2024 Summer Associate Program in our U.S. and Tokyo offices.

As a 2L Summer Associate, you will have the opportunity to work directly with lawyers of all levels on substantive client matters, receive unparalleled mentorship and training from a team of lawyer mentors, and attend various social events.

You may submit your application, including your resume, cover letter, and law school transcripts, online. Application instructions can be found within each of our job postings. If you are applying to more than one office, please advise our recruiters in each office at the time of your interview.

Applications will be accepted and reviewed on a rolling basis.

Click **here** to apply to a U.S. Summer Associate position.

See below to apply to our Tokyo Summer Associate position.

---

### Applications for our 1L Summer Associate positions will open in November of 2023. Please check back then for more information.

**Positions Matched**

1

Sort by: [ Job Posting Title ˅ ]
Order: [ Ascending ˅ ]

☐

### 2024 Summer Associate (TK)

Tokyo
9086
[ Share ]
View
Apply

---

Federal Notices | Privacy Policy | E-Verify Employment Eligibility | Technical Help ©1996-2023 Morrison & Foerster LLP.

# Exhibit D

**MORRISON FOERSTER**

# Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion

## Frequently Asked Questions



### Do my chances of acceptance increase if I apply to more than one office?

The Wetmore Fellowship Program is designed to recruit high-performing law students who will ultimately become full-time MoFo associates. To that end, you should only apply to the office in the city where you genuinely would like to live and begin your legal career. Candidates should apply to one office only, but may apply for more than one fellowship program in that office. For example, if you qualify for both programs, you may apply to both the Wetmore Fellowship and the Two-Summer Patent Program in one office.



### My law school grades will not be released by the application deadline. Can I still apply?

You can and should still apply. Please submit all other application materials by the application deadline and follow up with your law school grades as soon as they become available.



### How important are law school grades?

As with any competitive process, law school grades are important evaluative factors. However, other factors which allow us to review your candidacy holistically, including a quality personal statement, relevant professional experience, demonstrated leadership roles, and ties to the geographic area to which you are applying, are also weighed.



### How important is the personal statement for the Wetmore Fellowship?

The personal statement is an essential component of your application. In addition to demonstrating your writing ability, an effective personal statement provides us with a sense of who you are as an individual and a candidate, and gives us insight into your desire to contribute to the MoFo community as well as the greater community at large.



### When can I expect to be informed of the status of my candidacy?

Applications are selected and reviewed on a rolling basis. You should expect to hear from the office to which you applied regarding the status of your candidacy by no later than mid-February.

© 2022 Morrison & Foerster LLP
102722

# Exhibit E

**MORRISON FOERSTER**

# Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion
## 2023 Wetmore Fellowship

The Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion is designed to help us hire exceptional law students who will contribute to the diversity of our firm and the legal profession overall, while providing the training, mentorship, and exposure necessary for their professional development and engagement. The Fellowship is just one of the many ways Morrison Foerster actualizes its commitment to removing barriers and creating opportunities for talented individuals from the most underrepresented groups in the legal industry.



### Program Highlights

- Since 2012, MoFo has awarded 126 fellowships to members of historically underrepresented groups in the legal profession.
- Annual pre-summer program kick-off brings together Wetmore Fellows for a meet-and-greet social followed by a schedule of substantive training and engagement with MoFo attorneys, including members of firm leadership.
- Opportunity to apply for a client secondment.



### Fellowship Recipients Receive

- A paid summer associate position in a MoFo U.S. office following your first year of law school.
- $50,000 fellowship award distributed in up to two installments contingent upon satisfactory completion of each summer program and acceptance of an offer to return as a 2L summer associate and/or at the acceptance of a full-time associate offer following law school graduation.
- A team of attorney mentors during the summer program, including a diversity mentor.



### Eligibility Criteria

- Good standing as a first-year law student at an ABA-accredited law school.
- Membership in a historically underrepresented group in the legal profession, including racial/ethnic minority groups and members of the LGBTQ+ community.
- Demonstrated record of academic achievement, excellent writing and interpersonal skills, leadership and community involvement.
- U.S. citizenship or authorization to work in the U.S.
- Ability to join MoFo as a summer associate for a full 1L summer program, and at least five weeks of your 2L summer.



### Application Materials

- Current résumé.
- Transcripts for all degrees (completed and in-progress).
- Names and contact information for two professional or academic references.
- Personal statement of 500 words or less explaining:
  - Your background and what led you to pursue a law degree.
  - Your community involvement and activities that demonstrate a commitment to diversity and inclusion.
  - Your interest in MoFo and what you hope to contribute to the firm.

### Application Procedures

On November 1, please visit careers.mofo.com/#apply and click on the "Law Students + Graduates" link to apply for the office for which you wish to be considered. Candidates should apply to one office only. Applications will be accepted on a rolling basis from November 1, 2022 through January 31, 2023, and in accordance with your school's recruiting guidelines. All application materials should be uploaded in PDF format.

### Questions?

For more information and to answer any questions about the program, see our FAQs and/or contact Ariana Chini, Attorney Diversity & Inclusion Specialist, at AChini@mofo.com.

For more information about our diversity and inclusion initiatives, please visit mofo.com/culture/diversity.
To learn more about our people, our practice areas, and our work, please visit us at mofo.com/.

© 2022 Morrison & Foerster LLP

# Exhibit F

**IIIORRISON FOERSTER**

# MOFO+

---

*August 16, 2022* - MoFo Life

## MOFO'S 2022 SUMMER ASSOCIATE PROGRAM IS ONE TO REMEMBER

MoFo recently marked the end of a successful and memorable 2022 Summer Associate Program. One hundred forty talented law students, representing 37 of the nation's top law schools, joined MoFo for the 10-week program that commenced in May.

The hybrid Summer Associate Program is designed to provide the students with mentoring and training opportunities through direct exposure to partners and associates, career development, and networking opportunities with fellow summer associates. The summer associates received technical and soft-skill training in areas such as written and oral communication, legal problem-solving and creative analysis, and teamwork and client service.

Summer associates participated in several firmwide training programs, including patent boot camp, contract drafting, corporate and litigation research strategies, how to tackle a first assignment, the importance of training your voice, and more. They were also encouraged to volunteer for pro bono assignments. The associates participated in a variety of substantive projects, allowing them to demonstrate and hone their writing, research, and analytical skills. They not only got a realistic perspective on what it's like to be a lawyer at MoFo, but also walked away from the program with greater insight into the type of law they want to practice.

As the program came to a close, multiple associates were invited to write about their experiences from the program on topics such as mentorship, pro bono, learning and development, and diversity and inclusion.

Read their MoFo Stories here:

An Opportunity to Get Up Close and Personal with the Innocence Project – Mohand Khouider, New York

How Mentorship Elevated the Summer Associate Program – Patrick Keeler, New York

Case 1:23-cv-23189-KMW   Document 19-2   Entered on FLSD Docket 08/29/2023   Page 18 of 32

Why I Chose MoFo – Bryce Bark, San Diego

Why Mentorship Makes a Difference – Afi Blackshear, San Francisco

Serving Pro Bono Clients and Engaging with Important Social Causes – Holly Petersen, San Francisco

Learning from MoFo Lawyers While Giving Back to Immigrant Communities – Jose Rodriguez, Los Angeles

Patent Boot Camp: Developing IP Litigators and Training Well-Rounded Lawyers – Lucy Huang, Los Angeles

2022 Summer Associate Program



©1996-2023 Morrison Foerster LLP. All

Rights Reserved.

# Exhibit G

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

AMERICAN ALLIANCE FOR
EQUAL RIGHTS,

*Plaintiff,*

v.

Case No. 1:23-cv-23189-KMW

MORRISON & FOERSTER LLP,

*Defendant.*

# DECLARATION OF EDWARD BLUM

I, Edward Blum, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I am the President of the American Alliance for Equal Rights.

3.      The Alliance is a nationwide membership organization dedicated to challenging distinctions and preferences made on the basis of race and ethnicity.

4.      The Alliance's members are harmed by racially exclusionary programs like Morrison & Foerster's Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion. This fellowship excludes some of the Alliance's members because of their race.

5.      The Alliance has members who are ready and able to apply to the 2024 class of the 1L fellowship and to the 2025 class of the 2L fellowship, but cannot because they are the wrong race. Those members include Members A and B.

6.      Through the Alliance, I know Members A and B, have learned their backgrounds, and have discussed their plans and intentions.

7.      I have witnessed firsthand the retaliation that individuals can receive for bringing litigation challenging racial preferences. For example, I supported Abigail Fisher in her challenge to affirmative action in *Fisher v. Univ. of Texas at Austin*, 570 U.S. 297 (2013), and *Fisher v. Univ. of Texas at Austin*, 579 U.S. 365 (2016). Ms. Fisher "endured consistent harassment since 2008" as "a direct result of [her] involvement in that case." *SFFA v. Harvard Coll.*, No. 1:14-cv-14176 (D. Mass. Apr. 29, 2016), ECF 150-4 ¶3. She experienced "threats" and "insults" from across the country, and she suffered professionally. *See* ¶¶5, 9-10. Ms. Fisher explained that these experiences "often led [her] to second-guess [her] involvement in the case and as an advocate against unlawful affirmative action policies." ¶11.

8.      Based on my experience and discussions with many individuals, I believe many students would not challenge programs like Morrison's diversity fellowships—or join organizations like the Alliance—absent anonymity protections.

9.      Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2023

Edward Blum
President of American Alliance for Equal
Rights

# Exhibit H

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

AMERICAN ALLIANCE FOR
EQUAL RIGHTS,

*Plaintiff*,

v.

Case No. 1:23-cv-23189-KMW

MORRISON & FOERSTER LLP,

*Defendant*.

# DECLARATION OF MEMBER A

I, Member A, declare as follows:

1.      I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.      I would like to apply to Morrison & Foerster's Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion. I meet all the eligibility requirements set by Morrison, except I am heterosexual and white.

3.      I am currently a first-year law student in good standing at a highly ranked and well-regarded ABA-accredited law school. Morrison has previously hired associates from my school.

4.      I am a U.S. citizen.

5.      If allowed to apply, I believe my application would show a demonstrated record of academic achievement, excellent writing and interpersonal skills, and leadership and community involvement. I attended an Ivy League college, where I was actively involved in several debating organizations and served as a peer counselor. I am an accomplished writer—authoring a best-selling book, high-level research papers, and

numerous op-eds—who focuses on policy issues, including diversity and race. I have held senior leadership positions in several nonprofits and have worked on political campaigns and grassroots efforts both locally and nationally.

6.     I am interested in applying to the fellowship because it is a prestigious program that would provide me with great professional opportunities. I would benefit greatly from getting real work experience at Morrison next summer and making professional connections and finding mentors through this fellowship.

7.     My first preference—where I would apply if Morrison were ordered to stop racially discriminating—is Morrison's office in Miami. I would like to live and work in Miami as an entry-level attorney. I have several close friends in Miami, and Miami has a thriving religious community that I would like to join. I previously considered moving to Miami, before deciding to go to law school.

8.     I am also drawn by the fact that, as a mere 1L, I can earn tens of thousands of dollars, plus stipends, and be put on a track to eventual employment at a firm that starts associates at $215,000/year. I would use the money I earn at the fellowship to pay living expenses.

9.     I am able and ready to apply to the 2024 class of the Wetmore 1L Fellowship and the 2025 class of the 2L Wetmore Fellowship if a court orders Morrison to stop racially discriminating.

10.     I can join Morrison as a summer associate for a full 1L summer program and at least five weeks of my 2L summer.

11.     If I get accepted and join the Fellowship, I am prepared to meet the program's requirements and expectations.

12.     If a court orders Morrison to stop racially discriminating, I would assemble and promptly submit all the requested application materials, including law-school grades once they become available.

13.     I became a member of the American Alliance for Equal Rights because I support its mission as well as this lawsuit.

14.     I am signing this declaration under a pseudonym because I am a law student, and if my participation in this litigation becomes public, I fear reprisal from other students on campus, my professors, future employers, and the public. I also fear that Morrison would hold my involvement against me when selecting fellows.

15.     Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2023

_____

Member A

# Exhibit I

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

AMERICAN ALLIANCE FOR
EQUAL RIGHTS,
*Plaintiff,*

v.                                                    Case No. 1:23-cv-23189-KMW

MORRISON & FOERSTER LLP,
*Defendant.*

# DECLARATION OF MEMBER B

I, Member B, declare as follows:

1.     I am over the age of 18, of sound mind, and otherwise competent to sign this declaration.

2.     I would like to apply to Morrison & Foerster's Keith Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion. I meet all the eligibility requirements, except I am not "African American/Black, Latinx, Native America[n]/Native Alaska[n], and/or [a] membe[r] of the LGBTQ+ community." Though I am not white, men of my ethnicity are not a group historically underrepresented in the legal profession.

3.     I am an incoming 1L at a highly ranked and well-regarded ABA-accredited law school. Morrison has previously hired associates from my school.

4.     I am a U.S. citizen.

5.     If allowed to apply, I believe my application would show a demonstrated record of academic achievement, excellent writing and interpersonal skills, and leadership and community involvement. I attended a well-regarded university, where I graduated with top honors. I also received a master's degree from a well-known international

1

university. I have written for several publications, including on issues of race and diversity, and authored a lengthy thesis to obtain my master's. I also held senior leadership positions in several student groups, including a political group that I refounded at my university. I am fluent in two languages and have basic knowledge of three more.

6.     I am interested in applying to the fellowship because it is a prestigious program that would provide me with great professional opportunities. I would benefit greatly from getting real work experience at Morrison next summer and making professional connections and finding mentors through this fellowship.

7.     My first preference—where I would apply if Morrison were ordered to stop racially discriminating—is Morrison's office in Miami. I would like to live and work in Miami as an entry-level attorney. I have close friends who live in Miami, and I enjoy visiting.

8.     I am also drawn by the fact that, as a mere 1L, I can earn tens of thousands of dollars, plus stipends, and be put on a track to eventual employment at a firm that starts associates at $215,000/year. I would use the money I earn at the fellowship to help cover my living expenses during law school.

9.     I am able and ready to apply to the 2024 class of the Wetmore 1L Fellowship and to the 2025 class of the 2L Wetmore Fellowship if a court orders Morrison to stop racially discriminating.

10.    I can join Morrison as a summer associate for a full 1L summer program and at least five weeks of my 2L summer.

11.    If I get accepted and join the fellowship, I am prepared to meet the program's requirements and expectations.

12.    If a court orders Morrison to stop racially discriminating, I would assemble and promptly submit all the requested application materials, including law-school grades once they become available.

13.    I became a member of the American Alliance for Equal Rights because I support its mission as well as this lawsuit.

14.    I am signing this declaration under a pseudonym because I am a law student and, if my participation in this litigation becomes public, I fear reprisal from other students on campus, my professors, future employers, and the public. I also fear that Morrison would hold my involvement against me when selecting fellows.

15.    Per 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2023

_Member B_

Member B