# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>　　　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>MORRISON & FOERSTER LLP,<br><br>　　　　　　　　　　*Defendant*. | Case No. 1:23-cv-23189-KMW |

# [PROPOSED] ORDER GRANTING PLAINTIFF'S
# EXPEDITED MOTION FOR PRELIMINARY INJUNCTION

Having considered the parties' filings, the Court **GRANTS** Plaintiff's expedited motion for a preliminary injunction. With respect to Morrison & Foerster LLP's 2024 Wetmore 1L Fellowship for Excellence, Diversity, and Inclusion, Defendant shall not open the application window, select fellows, or otherwise operate the fellowship as currently structured until further order of the Court.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Kathleen M. Williams