# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS, *Plaintiff*, v. MORRISON & FOERSTER LLP, *Defendant*. | Case No. 1:23-cv-23189-KMW |

## CERTIFICATE OF SERVICE

Plaintiff emailed its expedited motion for a preliminary injunction to Defendant on August 29, 2023. Defendant's outside counsel agreed, via email on September 12, to accept electronic service of the motion. The parties further agreed that service was effective as of August 29.

Dated: September 13, 2023

Respectfully submitted,

/s/ *Michael A. Sasso*

| | |
|---|---|
| Cameron T. Norris* (TN Bar. No. 33467) Tiffany H. Bates* (VA Bar No. 94166) CONSOVOY MCCARTHY PLLC 1600 Wilson Blvd., Ste. 700 Arlington, VA 22209 (703) 243-9423 cam@consovoymccarthy.com tiffany@consovoymccarthy.com | Michael A. Sasso (FL Bar No. 93814) Christian Bonta (FL Bar No. 1010347) Sasso & Sasso, P.A. 1031 West Morse Blvd, Ste. 120 Winter Park, FL 32789 (407) 644-7161 masasso@sasso-law.com cbonta@sasso-law.com |

Adam K. Mortara*
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice

1