# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| AMERICAN ALLIANCE FOR EQUAL RIGHTS,<br><br>           *Plaintiff*,<br>v.<br><br>MORRISON & FOERSTER LLP,<br>           *Defendant*. | Case No. 1:23-cv-23189-KMW |

## NOTICE OF STRIKING

Plaintiff, American Alliance for Equal Rights, strikes the Certificate of Service (Doc. 23), which was filed in error earlier today, September 13, 2023. Plaintiff will file a corrected certificate as soon as possible.

Dated: September 13, 2023

Respectfully submitted,

/s/ *Michael A. Sasso*

Cameron T. Norris*
  (TN Bar. No. 33467)
Tiffany H. Bates*
  (VA Bar No. 94166)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
cam@consovoymccarthy.com
tiffany@consovoymccarthy.com

Michael A. Sasso
  (FL Bar No. 93814)
Christian Bonta
  (FL Bar No. 1010347)
Sasso & Sasso, P.A.
1031 West Morse Blvd, Ste. 120
Winter Park, FL 32789
(407) 644-7161
masasso@sasso-law.com
cbonta@sasso-law.com

Adam K. Mortara*
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*pro hac vice

1