UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-23189-KMW

AMERICAN ALLIANCE FOR EQUAL
RIGHTS,

    Plaintiff,

v.

MORRISON & FOERSTER LLP,

    Defendant.
_____/

**JOINT MOTION TO SET PRELIMINARY INJUNCTION BRIEFING
SCHEDULE AND EXTEND RESPONSIVE PLEADING DEADLINE**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff American Alliance for Equal Rights and Defendant Morrison & Foerster LLP (collectively, the "Parties") jointly request that the Court set a briefing schedule for Plaintiff's Motion for a Preliminary Injunction, and modify the below deadlines, as follows:

- Require Defendant to file its opposition to Plaintiff's Motion for a Preliminary Injunction, Dkt. 20, on or before October 6, 2023;

- Require Plaintiff to file its reply in support of its Motion for a Preliminary Injunction on or before October 13, 2023; and

- Extend the deadline for Defendant to answer or otherwise respond to the Amended Complaint, Dkt. 17, to November 30, 2023.

Pursuant to Section II.B of the Court's Practices and Procedures for Civil Cases, the Parties set forth the following information in support of their request:

1. Plaintiff filed a Complaint on August 22, 2023, *see* Dkt. 1; an Amended Complaint on August 28, 2023, *see* Dkt. 17; and a Motion for a Preliminary Injunction on August 29, 2023, *see* Dkt. 19.

2. Defendant agreed to waive service of the summons and both complaints. Plaintiff provided Defendant with a Waiver of Service form on August 29, 2023. *See* Dkt. 22. Therefore, Defendant's response to the Amended Complaint is currently due on October 30, 2023. *See* Fed. R. Civ. P. 12(a).

3. Defendant also agreed to accept electronic service of Plaintiff's Motion for a Preliminary Injunction subject to Plaintiff's agreement to treat it as "a motion served with the summons and complaint" under Local Rule 7.1(c). Plaintiff confirmed via email on September 8, 2023 that it was serving the Motion for a Preliminary Injunction in that manner. Therefore, Defendant's opposition to the Motion for a Preliminary Injunction is currently due on October 30, 2023. *See* Local Rule 7.1(c) ("For a motion served with the summons and complaint, the opposing memorandum of law shall be due on the day the response to the complaint is due.").

4. Nevertheless, Defendant agrees to file its opposition to Plaintiff's Motion for a Preliminary Injunction on or before October 6, 2023.

5. Plaintiff agrees to file its reply in support of its Motion for a Preliminary Injunction on or before October 13, 2023, in accordance with Local Rule 7.1(c).

6. Though the Parties dispute the significance of these dates, Defendant will begin accepting applications for the 2024 1L Wetmore Fellowship on November 1, 2023; stop accepting applications on January 31, 2024; and make final decisions on or around March 15, 2024. Though the start and end dates for the 2024 1L summer program will not be confirmed until January 2024, the program will likely run from May 20, 2024 to July 26, 2024. Students from Stanford Law

School and the University of Chicago Law School will have slightly adjusted program dates to accommodate their unique academic calendars.

7. The Parties' agreed-upon briefing schedule for Plaintiff's Motion for a Preliminary Injunction would require Defendant to prepare its response to the Amended Complaint concurrently with its opposition to Plaintiff's Motion and while preparing for any hearing on Plaintiff's Motion. Accordingly, the Parties respectfully submit that good cause exists for the Court to extend the deadline for Defendant to answer or otherwise respond to the Amended Complaint to November 30, 2023.

8. The Parties certify that there have been no prior motions for extension of time in this matter.

WHEREFORE, and based upon the foregoing, the Parties respectfully request that this Court enter the attached Proposed Order, granting their Joint Motion to set the agreed-upon preliminary injunction briefing schedule and to extend Defendant's time to answer or otherwise respond to the Amended Complaint to November 30, 2023.

| | |
|---|---|
| Date: September 15, 2023 | Respectfully submitted, |
| */s/ Gerald E. Greenberg* | */s/ Michael Adam Sasso* |
| GERALD E. GREENBERG | MICHAEL ADAM SASSO |
| Florida Bar No. 440094 | Florida Bar No. 93814 |
| ggreenberg@gsgpa.com | masasso@sasso-law.com |
| CHRISTOPHER S. SUNDBY | CHRISTIAN BONTA |
| Florida Bar No. 1026060 | Florida Bar No. 1010347 |
| csundby@gsgpa.com | cbonta@sasso-law.com |
| GELBER SCHACHTER & GREENBERG, P.A. | SASSO & SASSO, P.A. |
| One Southeast Third Avenue, Suite 2600 | 1031 West Morse Blvd., Suite 120 |
| Miami, Florida 33131 | Winter Park, FL 32789 |
| Telephone: (305) 728-0950 | Tele: 407-644-7161 |
| E-service: efilings@gsgpa.com | |
| | CAMERON T. NORRIS *(pro hac vice)* |
| | Tennessee Bar No. 33467 |
| MICHELE L. MARYOTT | cam@consovoymccarthy.com |
| (*pro hac vice* forthcoming) | THOMAS R. MCCARTHY *(pro hac vice)* |
| mmaryott@gibsondunn.com | Virginia Bar No. 94166 |
| BLAINE H. EVANSON | tom@consovoymccarthy.com |
| (*pro hac vice* forthcoming) | TIFFANY H. BATES *(pro hac vice)* |
| bevanson@gibsondunn.com | tiffany@consovoymccarthy.com |
| GIBSON, DUNN & CRUTCHER LLP | CONSOVOY MCCARTHY PLLC |
| 3161 Michelson Drive, Suite 1200 | 1600 Wilson Blvd., Ste. 700 |
| Irvine, CA 92612-4412 | Arlington, VA 22209 |
| Telephone: (949) 451-3945 | Tele: (703) 243-9423 |
| MOLLY SENGER | ADAM K. MORTARA *(pro hac vice)* |
| (*pro hac vice* forthcoming) | Tennessee Bar No. 40089 |
| msenger@gibsondunn.com | mortara@lawfairllc.com |
| 1050 Connecticut Avenue, N.W. | LAWFIAR LLC |
| Washington, DC 20036-5306 | 40 Burton Hills Blvd., Ste. 200 |
| Telephone: (202) 955-8500 | Nashville, TN 37215 |
| | Tele: (773) 750-7154 |
| ERICA PAYNE | *Counsel for Plaintiff* |
| (*pro hac vice* forthcoming) | |
| epayne@gibsondunn.com | |
| 200 Park Avenue | |
| New York, NY 10166-0193 | |
| Telephone: (212) 351-4000 | |
| | |
| *Counsel for Defendant* | |