# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

AMERICAN ALLIANCE FOR
EQUAL RIGHTS,

                            *Plaintiff*,

v.                                         Case No. 1:23-cv-23189-KMW

MORRISON & FOERSTER LLP,

                            *Defendant.*

## STIPULATION OF DISMISSAL

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the following:

1. Defendant represented to Plaintiff on August 31, 2023, that in July 2023, Defendant began the process of revising the eligibility criteria for the upcoming 2024 1L Keith Wetmore Fellowship for Excellence, Diversity, and Inclusion, which will open for applications on November 1, 2023.

2. Plaintiff filed this suit on August 22, 2023, challenging Defendant's Wetmore Fellowship.

3. Defendant subsequently provided Plaintiff with a sworn declaration from its Director of Attorney Recruiting, testifying that Defendant already was in the process of implementing revised eligibility criteria for the Wetmore Fellowship, including by updating its promotional and recruiting materials, when it received the complaint in this lawsuit.

4. Defendant published the revised criteria on its website in August 2023, and those criteria are publicly available to all who are interested in reviewing them.

5. Membership in a group historically underrepresented in the legal profession is not required to be eligible for the Fellowship.

6. Defendant has no intention of returning to the prior eligibility criteria for the Wetmore Fellowship, including the prior criterion that referred to membership in a group historically

1

underrepresented in the legal profession.

7. Defendant does not and will not ask or require applicants to identify their race when applying to the Fellowship.

8. Defendant does not and will not consider an applicant's race when evaluating applications to the Fellowship, except as contemplated in *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, 600 U.S. 181, 230-31 (2023).

9. This case is hereby dismissed, with both sides to bear their own fees and costs.

Dated: October 6, 2023

/s/ Gerald E. Greenberg
Gerald E. Greenberg
Florida Bar No. 440094
ggreenberg@gsgpa.com
Christopher S. Sundby
Florida Bar No. 1026060
csundby@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
One Southeast Third Avenue, Suite 2600
Miami, FL 33131
(305) 728-0950
E-service: efilings@gsgpa.com

Michele L. Maryott*
mmaryott@gibsondunn.com
Blaine H. Evanson*
bevanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
(949) 451-3945

Molly Senger*
msenger@gibsondunn.com
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5306
(202) 955-8500

Erica Payne*
epayne@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

*Counsel for Defendant*

Respectfully submitted,

/s/ Cameron T. Norris
Michael A. Sasso
  (FL Bar No. 93814)
Christian Bonta
  (FL Bar No. 1010347)
Sasso & Sasso, P.A.
1031 West Morse Blvd, Ste. 120
Winter Park, FL 32789
(407) 644-7161
masasso@sasso-law.com
cbonta@sasso-law.com

Thomas R. McCarthy
Cameron T. Norris*
  (TN Bar. No. 33467)
Tiffany H. Bates*
  (VA Bar No. 94166)
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
tiffany@consovoymccarthy.com

Adam K. Mortara*
  (TN Bar No. 40089)
LAWFAIR LLC
40 Burton Hills Blvd., Ste. 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

*Counsel for Plaintiff*

*pro hac vice